# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 7, 2013

No. 12-40878
Summary Calendar

Lyle W. Cayce
Clerk

DAVID QUIROGA,

Plaintiff - Appellant

v.

CITY OF GALVESTON,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No: 3:10-CV-397

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM:[*]

David Quiroga appeals the district court's order granting summary judgment for the City of Galveston on his retaliation and race discrimination claims. After reviewing the record de novo and considering the arguments presented in the briefs, we AFFIRM the grant of summary judgment in favor of

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-40878

the City of Galveston for essentially the reasons given by the magistrate judge and adopted by the district judge.